**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **JONATHAN ALVAREZ-VEGA,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL NO.  17-1600 (PAD)** |
| **CORPORACION PARA EL DESARROLLO DE LAS BELLAS ARTES DEL MUNICIPIO DE GUAYNABO, C.D., ET AL.,** | |
| **Defendants.** | |

**JUDGMENT**

In accordance with the Orders issued at Docket Nos. 67 and 71, judgment is hereby entered dismissing plaintiff's claims without prejudice, without the imposition of costs and attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of July, 2018.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge